# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD DUENAS-GAMEZ,

Defendant.

Case No. 2:10-cr-00246-RLH-RJJ

**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER**

Presently before the court is the matter of U.S. v. Edward Duenas-Gamez.

On July 8, 2013, this court held a hearing for revocation of supervised release as to defendant Edward Duenas-Gamez ("Mr. Duenas-Gamez"). The Court agreed to modify Mr. Duenas-Gamez's supervision to include his residence in the residential re-entry center for six (6) months. Mr. Duenas-Gamez will be released from custody on or about July 15, 2013, pending bed space availability at the residential re-entry center.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Mr. Duenas-Gamez reside in a residential re-entry center/Half-way House for six (6) months.

DATED: July 8, 2013.



UNITED STATES DISTRICT JUDGE

**FILED**

JUL - 8 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1